Nicholas Fitzgerald, Esq. NF/6129
Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, NJ 07306
Counsel for Debtor
(201) 533-1100

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY --- NEWARK
------------------------------X
In re:                                     Case No: 18-30197-RG
    Mohammad A. Shaikh
                                              CHAPTER 13

                                           Hon. Rosemary Gambardella
                                                U.S.B.J.

            Debtor                         NOTICE OF MOTION TO EXTEND THE
                                           AUTOMATIC STAY CONTAINED WITHIN
                                           11 U.S.C. §362 AS TO ALL
                                           CREDITORS BEYOND 30 DAYS
                                           PURSUANT TO 11 U.S.C.
                                           §362(c)(3)(B)

                                           ORAL ARGUMENT REQUESTED
                                           ONLY IF OPPOSITION FILED

                                           HEARING DATE:  11/7/18
                                                          10:30 a.m.
------------------------------X
To:

Marie-Ann Greenberg, Standing Trustee
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004

Mr. Mohammad A. Shaikh
72 Corbin Avenue
Jersey City, NJ 07306

    All Creditors -- See Service List

    The debtor has filed papers with the Court for an Order granting the relief requested above -- **extension of the stay contained within 11 U.S.C. §362 as to all creditors beyond 30 days pursuant to 11 U.S.C. §362(c)(3)(B)** -- and for other such relief as the Court may deem appropriate.

    <u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case.  (If you do not have an attorney, you may

wish to consult one.)

If you do not want the Court to render the relief requested, or if you want the Court to consider your views on the motion, then within seven (7) days prior to the scheduled hearing you or your attorney must:

File a written response in opposition to this motion explaining your position(s) and send it to:

Clerk
United States Bankruptcy Court
King Federal Building
50 Walnut Street -- 3rd Floor
Newark, NJ 07102

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

Nicholas Fitzgerald
Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, NJ 07302

Marie-Ann Greenberg, Standing Trustee
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004

**IF YOU OPPOSE THE RELIEF REQUESTED HEREIN YOU SHOULD ATTEND THE HEARING SCHEDULED TO BE HELD BEFORE**

Honorable: Rosemary Gambardella
Date: 11/7/18
Time: 10:30 a.m.
Place:

United States Bankruptcy Court
King Federal Building
50 Walnut Street -- 3rd Floor, Courtroom 3-E
Newark, NJ 07102

Pursuant to D.N.J. LBR 9013-1(d) et seq., if you wish to contest the within motion, you must file with the Office of the

Clerk of the Bankruptcy Court, responding papers stating with particularity the basis of your opposition to the within Motion. A copy of the proposed Order which is sought is enclosed with this

Motion.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Statement of Non-Necessity of Brief: The movant certifies pursuant to D.N.J. LBR 9013-2 that the within motion involves common questions of law and fact and does not involve complex or novel issues such as to require the submission of a legal brief.

DATED: October 11, 2018

_____
Nicholas Fitzgerald, Esq.
Attorney for Debtor