Fitzgerald & Crouch, P.C.
Nicholas Fitzgerald Esq. -- NF/6129
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY -- NEWARK
------------------------------------X
                                                  Chapter 13
In re:                                  Case No: 18-30197-RG

    Mohammad Shaikh

Debtor

------------------------------------X

## DEBTOR'S CERTIFICATION IN SUPPORT OF MOTION TO EXTEND STAY BEYOND 30 DAYS

I, Mohammad Shaikh, being of full age and being the above named debtor, certify under penalty of perjury that:

1. I make this certification at the request of my counsel to detail the facts regarding the dismissal of my last case and in support of my motion to extend the stay beyond 30 days.

2. I had one prior Chapter 13 case dismissed within the last year. My prior Chapter 13 case was filed under Chapter 13 Case No. 16-26897-RG and it was filed on Sept. 1, 2016. My case was dismissed on May 18, 2018.

3. The reason that I allowed my case to be dismissed was that I had believed that I would obtain a substantial sum of money from the sale of a lot on Bidwell Avenue to enable me to pay my debts and get out of bankruptcy. Unfortunately, that deal fell through and I am, accordingly, again in need of bankruptcy

protection.

4. I also have a change in circumstances which is that my brother, who earns about $85,000 per year, is now willing to assist me financially to help me save my real property.

5. Accordingly, it is respectfully requested that my motion to extend the stay beyond 30 days be granted.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: September 4, 2018

_____
Mohammad Shaikh
Debtor